UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOGAN,<br><br>   Plaintiff,<br><br>v.<br><br>AIRBNB INC. et al.,<br><br>   Defendant(s). | Case No. 2:23-cv-00174-SB-JC<br><br><br>JUDGMENT |

   For the reasons set forth in the Court's Order Granting Motions to Strike and Dismiss entered on March 26, 2023 (Dkt. No. 45), and the Order Denying Motions for Reconsideration and Leave to Amend entered separately this day, Plaintiff Michael Mogan's claims against Defendants Airbnb Inc., O'Melveny and Myers LLP, Dawn Sestito, Damali Taylor, Dave Willner, Jeff Henry, and Sanaz Ebrahini are dismissed with prejudice.

Date: May 17, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1